JEANETTE LYNN DRAN v. MICHAEL DRAN.

December 9, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN COLEMAN.

December 9, 1980.

Petition for certification denied.

CARMINE L. TRANGONE v. PENN CENTRAL
TRANSPORTATION COMPANY.

December 9, 1980.

Petition for certification denied.

THOMAS S. DECEGLIE, SR. v. STATE OF NEW JERSEY v.
MICHAEL STANZIONE.

December 9, 1980.

Petition for certification denied.